UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MARIO PUENTE,<br><br>                Defendant. | CASE NO.:   15CR00449-BEN<br><br>ORDER TO PRODUCE DISCOVERY |

     GOOD CAUSE APPEARING, the Court hereby orders that the United States Probation Office produce the following discovery related to the currently pending Petition, if in the possession and control of United States Probation:

    (1)    Police Reports related to Mr. Puente's arrest on December 4, 2020;

    (2)    Body camera video or other recordings from Mr. Puente's arrest and search of his home or vehicle(s) on December 4, 2020;

    (3)    Photographs of any items seized during the course of Mr. Puente's arrest or subsequent search of his home or vehicle(s) on December 4, 2020;

    (4)    Laboratory report(s) of any items seized from Mr. Puente, his home or vehicle(s) on December 4, 2020;

(5) Copies of any arrest or search warrants related to Mr. Puente's arrest and subsequent search of his home or vehicle(s) on December 4, 2020;

(6) Notice and discovery of all evidence the Government and the United States Probation Office intends to use at the evidentiary hearing related to this case, including but not limited to, documents, witness statements, physical evidence and disclosure of any evidence to be used at the revocation hearing and any material that may be relevant to Mr. Puente's defense.

IT IS SO ORDERED.

Dated: February 24, 2021

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge